IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In Re:

OFER MIZRAHI,                                          Case No.: 12-27559
                                                       Chapter 11
         Debtor.
_____/

OFER MIZRAHI,                                          Adv. No.: 12-01789 RAM

         Plaintiff,
vs.

LSREF2 BARON, LLC, a Florida
limited liability company,
WELLS FARGO BANK, N.A.,
PENTIUM CONSTRUCTION, INC.,
n/k/a ARKIN CONSTRUCTION CO., INC.,
a Florida corporation,  UNIVERSAL PROPERTY
& CASUALTY INSURANCE COMPANY,
a Florida corporation, and UNIVERSAL RISK ADVISORS, INC.,
an agent of Universal Property,
BERMUDEZ CLAIM SERVICES, INC., A Florida Corporation,
and MINTZ TRUPPMAN, P.A., a Florida corporation,

         Defendants.
_____/

**MOTION TO CONTINUE HEARING ON
WELLS FARGO BANK AND LSREF2 BARON, LLC'S MOTION TO DISMISS**

OFER MIZRAHI, Debtor in the case and Plaintiff in this adversary, by and through his undersigned counsel, moves this court to continue the hearing on Wells Fargo Bank and LSREF2 Baron, LLC's (Defendants) Motion to Dismiss and, in support thereof, would state:

1.      Defendants' Motion to Dismiss is scheduled for September 18, 2012 at 2:00 pm.

2.      September 18, 2012 is Rosh Hashana, a Jewish Holiday observed by counsel.

Counsel is a sole practitioner and Plaintiff does not have any other attorneys to represent him at the hearing.

3. No party would be jeopardized should the hearing be reset to a later date.

4. The undersigned attempted to contact Robert Hyman, counsel for the Defendants. At time of filing, undersigned had not yet been able to speak to counsel.

**WHEREFORE**, Debtor/Plaintiff requests the hearing on the Motion to Dismiss reset to a later date.

**I HEREBY CERTIFY** that I am admitted to the bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via CM/ECF on this 7th day of September, 2012 and served via CM/ECF on all parties registered to receive electronic notice.

**LAW OFFICES OF SCOTT ALAN ORTH, P.A.**
*Attorney for Plaintiff*
3880 Sheridan Street
Hollywood, FL  33021
305.757.3300 / 305.757.0071 Fax
scott@orthlawoffice.com
BY:    /s/ Scott A. Orth, Esq.
         SCOTT ALAN ORTH
         Florida Bar No. 436313