# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA



U.S. BANKRUPTCY COURT
SO. DISTRICT OF FLORIDA-Miami

FILED / RECEIVED

OFER MIZRAHI
Plaintiff,

Case No. 12-27559-LMI
Chapter 11

v.

Adv. No. 12-01789-RAM

LSREF2 BARON, LLC., ET AL, a Florida limited
liability company, WELLS FARGO BANK, N.A.,
PENTIUM CONSTRUCTION, INC., n/k/a
ARKIN CONSTRUCTION CO., INC.,
a Florida corporation, UNIVERSAL PROPERTY
& CASUALTY INSURANCE COMPANY,
a Florida Corporation, and UNIVERSAL RISK
ADVISORS, INC., an agent of Universal Property
BERMUDEZ CLAIM SERVICES, INC.,
a Florida Corporation, and MINTZ TRUPPMAN, P.A.
a Florida Corporation, BANK OF AMERICA, N.A.
and SCHWABEN STONE, INC.

Defendants.
_____/

### UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY'S AND UNIVERSAL RISK ADVISOR'S STATEMENT OF CORPORATE OWNERSHIP

I, Ian S. Ronderos, Esq., the undersigned in the above-captioned case, and authorized representative of UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY and UNIVERSAL RISK ADVISORS, INC., hereby declare under the penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I have personal knowledge of the matters set forth in this Statement because I am an authorized agent and attorney for both UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY and UNIVERSAL RISK ADVISORS, INC. in the above-stated Adversary Action.

2. The address of both UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY and UNIVERSAL RISK ADVISORS, INC. is 1110 W. Commercial Blvd., Fort Lauderdale, FL 33309.

3. Both UNIVERSAL PROPERTY & CASUALTY INSURANCE COMPANY and UNIVERSAL RISK ADVISORS, INC. are wholly owned by Universal Insurance Holding Company of Florida. Universal Insurance Holding Company of Florida is wholly owned by Universal Insurance Holdings.

**CERTIFICATE OF SERVICE**

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on the 12th day of September 2012, the foregoing original document was filed with the Clerk of the Court and that a copy of the foregoing document has been faxed and mailed to: Scott Alan Orth, Esquire, Law Offices Scott Alan Orth, P.A., 3880 Sheridan Street, Hollywood, FL 33021-3634; Adrian Neiman Arkin, Esquire, Mintz Truppman, P.A., 1700 Sans Souci Blvd., North Miami, FL 33181.

Ian S. Ronderos
Fla. Bar No.: 0070462
Walton Lantaff Schroeder Carson LLP
Financial Center, Tenth Floor
9350 South Dixie Highway
Miami, Florida 33156
Tel: 305-671-1300
Fax: 305-670-7065
ironderos@waltonlantaff.com