

**ORDERED in the Southern District of Florida on September 23, 2012.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| In re: | Case No. 12-27559-BKC-RAM |
| OFER MIZRAHI, | Chapter 11 |
|     Debtor. | |
| OFER MIZRAHI, | |
|     Plaintiff, | |
| vs. | Adv. No. 12-1789-BKC-RAM-A |
| LSREF2 BARON, LLC, *et al.*, | |
|     Defendants. | |

**ORDER GRANTING MOTIONS TO DISMISS WITH LEAVE TO AMEND**

The Court conducted a hearing on September 20, 2012 on the Motion to Dismiss Plaintiff's Complaint and/or Motion for More Definite Statement (the "Motions to Dismiss") filed by LSREF2 Baron, LLC [DE #21] and by Wells Fargo Bank, N.A. [DE #22]. For the reasons stated on the

record at the hearing, which are incorporated here by reference, it is –

**ORDERED** as follows:

1. The Motions to Dismiss are granted.

2. Plaintiff is granted leave to amend his Complaint provided that the Amended Complaint is filed by October 22, 2012.

###

Copies Furnished To:

Scott Alan Orth, Esq.

Jeffrey P. Bast, Esq.

James Schwitalla, Esq.

Melissa Youngman, Esq.

**(Attorney Youngman is directed to serve a copy of this Order on all other interested parties)**