UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                                          Chapter 11
OFER MIZRAHI,
                                                                                Case No.: 12-27559-RAM
    Debtor.
_____/
OFER MIZRAHI,

Plaintiff, Adv.                                                                 Case No.: 12-01789-RAM-A

vs.

LSREF2 BARON, LLC,
WELLS FARGO BANK, N.A.,
PENTIUM CONSTRUCTION, INC.
n/k/a ARKIN CONSTRUCTION CO., INC.,
and MINTZ & TRUPPMAN, P.A.,
Cross Defendants.
_____/

### WELL FARGO BANK'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO MIZRAHI'S THIRD AMENDED ADVERSARY COMPLAINT

    Wells Fargo Bank, N.A. (hereinafter "Wells Fargo"), by and through its undersigned counsel and pursuant to Rule 9006(b)(1) *Fed. R. Bankrtcy Pr.,* hereby files its Motion for Enlargement of Time to Respond to Mizrahi's Third Amended Complaint and states the following:

    1.    On or about 4/9/2013, the Plaintiff Ofer Mizrahi filed his Motion to Amend and a Proposed Third Amended Adversary Complaint [DE 186]. A hearing on Plaintiff's Motion was held on April 22, 2013. This Court entered an Order Granting the Motion and directed Defendants to "file a response to the complaint within fifteen (15) days of the date of the hearing, to wit: May 8, 2013".

2.  Based upon new information received by the undersigned counsel, Defendant Wells Fargo respectfully requests a brief enlargement of time to investigate and respond to the allegations in the Amended Complaint, through May 17, 2013.

3.  Rule 9006(b)(1) *Fed. R. Bankrtcy Pr.* provides, in pertinent part, "when an act is required or allowed to be done at or within a specified period by these rules […] or by order of court, the court for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if the request therefore is made before the expiration of the period originally prescribed or as extended by a previous order…"

4.  Defendant's request is made in good faith, and it is not believed that this brief extension will cause delay or prejudice to any party.

5.  On the date of this motion the undersigned attempted to contact counsel for the Plaintiff, Scott Orth, but his position regarding this extension request is currently unknown.

WHEREFORE, Defendant Wells Fargo respectfully requests that the Court grant an extension through and including May 17, 2013 to file a response to the Plaintiff's Third Amended Adversary Complaint.

## CERTIFICATION PURSUANT TO LOCAL RULE 9011-4(B)

**I HEREBY CERTIFY** that I am admitted to the bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via CM/ECF on this 7th day of May, 2013 and served U.S. Mail, First Class, and/or electronic

transmission to Scott Alan Orth, Esq. at service@orthlawoffice.com; Office of U.S. Trustee, 51 SW 1 Avenue #1204, Miami, Florida 33130; and those parties receiving CM/ECF Service.

                                                McCALLA RAYMER, LLC

                                      By: */s/ Eitan Gontovnik*
                                            Eitan Gontovnik
                                            *Florida Bar No. 86763*
                                            egg@mccallaraymer.com
                                            Rob N. Hyman
                                            *Florida Bar No. 685909*
                                            rnh@mccallaraymer.com
                                            110 S.E. 6th Street, 24th Floor
                                            Fort Lauderdale, FL 33301
                                            (954) 332-9423
                                            *Attorneys for Wells Fargo*