UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                         Chapter 11
OFER MIZRAHI,
                                                Case No.: 12-27559-RAM
    Debtor.
_____/
OFER MIZRAHI,

Plaintiff, Adv.                                                Case No.: 12-01789-RAM-A

vs.

LSREF2 BARON, LLC,
WELLS FARGO BANK, N.A.,
PENTIUM CONSTRUCTION, INC.
n/k/a ARKIN CONSTRUCTION CO., INC.,
and MINTZ & TRUPPMAN, P.A.,
Cross Defendants.
_____/

### ORDER GRANTING DEFENDANT WELLS FARGO'S MOTION
### FOR ENLARGEMENT OF TIME TO RESPOND TO THIRD AMENDED COMPLAINT

      THIS CAUSE came before the Court upon Defendant, WELLS FARGO BANK, N.A.'S

motion for Enlargement of Time to Respond to Third Amended Adversary Complaint. The Court

having reviewed the motion and being otherwise fully advised in the premises, it is HEREBY ORDERED that:

1. The Motion is **GRANTED.**

2. Defendant WELLS FAGO BANK, N.A. shall respond to the Third Amended Complaint on or before May 17, 2013.

###

Copies furnished to:

Rob Hyman, Esq.

Eitan G. Gontovnik, Esq.

Melissa Youngman, Esq.

Scott A. Orth, Esq.

Jeffrey P. Bast, Esq.

James Schwitalla, Esq.

[Attorney, Rob N. Hyman, Esq. is directed to serve this order on all parties of record and file a Certificate of Service reflecting same.]